UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA LYNN QUALE,

    Plaintiff,

v.                                                                       Case No. 1:20-cv-258
                                                                                         Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is **AFFIRMED**.

    **IT IS SO ORDERED**.


Dated:  September 16, 2021                                          /s/ Ray Kent
                                                                         United States Magistrate Judge